CASE NO. 5:23-cv-607

# EXHIBIT A



Our Lady of the Lake University
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

JOSE R GONZALEZ

MCALLEN, TX 78501-

April 7, 2023

## IMPORTANT INFORMATION PLEASE REVIEW CAREFULLY

Dear Jose :

This letter comes after there was an erroneous batch of letters sent out due to an error made solely by Cyberscout. Please note that there was no sensitive information divulged as a result of this erroneous mailing.

We are writing with important information regarding a security incident. The privacy and security of the personal information we maintain is of the utmost importance to Our Lady of the Lake University (OLLU). We wanted to provide you with information about the incident, explain the services we are making available to you, and let you know that we continue to take significant measures to protect your information.

### What Happened?

We discovered unauthorized access to our network occurred on or around August 30, 2022.

### What We Are Doing.

We immediately launched an investigation in consultation with outside cybersecurity professionals who regularly investigate and analyze these types of situations to analyze the extent of any compromise of the information on our network.

### What Information Was Involved?

Based on our comprehensive investigation and document review, which concluded on March 3, 2023 we discovered that your full name and one or more of the following were removed from our network in connection with this incident: Social Security Number.

### What You Can Do.

To date, we are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. Out of an abundance of caution, we wanted to make you aware of the incident, explain the services we are making available to help safeguard you against identity fraud, and suggest steps that you should take as well. In response to the incident, we are providing you with access to **Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score** services at no charge. These services provide you with alerts for 12 months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in event that you become a victim of fraud. These services will be provided by Cyberscout through Identity Force, a TransUnion company specializing in fraud assistance and remediation services.

(11061046: )

## – OTHER IMPORTANT INFORMATION –

**1.      Enrolling in Complimentary 12-Month Credit Monitoring.**

To enroll in Credit Monitoring services at no charge, please log on to **https://secure.identityforce.com/benefit/ladyofthelake** and follow the instructions provided. When prompted please provide the following unique code to receive services: ▮▮▮▮▮▮▮▮ In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when *signing up* for monitoring services, you may be asked to verify personal information for your own protection to confirm your *identity.*

**2.      Placing a Fraud Alert on Your Credit File.**

Whether or not you choose to use the complimentary 12 month credit monitoring services, we recommend that you place an initial one-year "Fraud Alert" on your credit files, at no charge. A fraud alert tells creditors to contact you personally before they open any new accounts. To place a fraud alert, call any <u>one</u> of the three major credit bureaus at the numbers listed below. As soon as one credit bureau confirms your fraud alert, they will notify the others.

| *Equifax* | *Experian* | *TransUnion* |
|---|---|---|
| P.O. Box 105069 | P.O. Box 9554 | Fraud Victim Assistance Department |
| Atlanta, GA 30348-5069 | Allen, TX 75013 | P.O. Box 2000 |
| https://www.equifax.com/personal/credit-report-services/credit-fraud-alerts/ | https://www.experian.com/fraud/center.html | Chester, PA 19016-2000 |
| | | https://www.transunion.com/fraud-alerts |
| (800) 525-6285 | (888) 397-3742 | (800) 680-7289 |

**3.      Consider Placing a Security Freeze on Your Credit File.**

If you are very concerned about becoming a victim of fraud or identity theft, you may request a "Security Freeze" be placed on your credit file, at no charge. A security freeze prohibits, with certain specific exceptions, the consumer reporting agencies from releasing your credit report or any information from it without your express authorization. You may place a security freeze on your credit report by contacting <u>all three</u> nationwide credit reporting companies at the numbers below and following the stated directions or by sending a request in writing, by mail, to <u>all three</u> credit reporting companies:

| *Equifax Security Freeze* | *Experian Security Freeze* | *TransUnion Security Freeze* |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 160 |
| Atlanta, GA 30348-5788 | Allen, TX 75013 | Woodlyn, PA 19094 |
| https://www.equifax.com/personal/credit-report-services/credit-freeze/ | http://experian.com/freeze | https://www.transunion.com/credit-freeze |
| (888)-298-0045 | (888) 397-3742 | (888) 909-8872 |

In order to place the security freeze, you'll need to supply your name, address, date of birth, Social Security number and other personal information. After receiving your freeze request, each credit reporting company will send you a confirmation letter containing a unique PIN (personal identification number) or password. Keep the PIN or password in a safe place. You will need it if you choose to lift the freeze.

If your personal information has been used to file a false tax return, to open an account or to attempt to open an account in your name or to commit fraud or other crimes against you, you may file a police report in the City in which you currently reside.

If you do place a security freeze *prior* to enrolling in the credit monitoring service as described above, you will need to remove the freeze in order to sign up for the credit monitoring service. After you sign up for the credit monitoring service, you may refreeze your credit file.

btaining a **Free Credit Report**.

eral law, you are entitled to one free credit report every 12 months from each of the above three major nation
eporting   companies.   Call   **1-877-322-8228**   or   request   your   free   credit   reports   online
ualcreditreport.com. Once you receive your credit reports, review them for discrepancies. Identify any acco
not open or inquiries from creditors that you did not authorize. Verify all information is correct. If you h
s or notice incorrect information, contact the credit reporting company.

**Additional Helpful Resources**.

you do not find any suspicious activity on your initial credit reports, the Federal Trade Commission (FT
nends that you check your credit reports periodically. Checking your credit report periodically can help you s
ns and address them quickly.

find suspicious activity on your credit reports or have reason to believe your information is being misused, call yo
aw enforcement agency and file a police report. Be sure to obtain a copy of the police report, as many creditors w
the information it contains to absolve you of the fraudulent debts. You may also file a complaint with the FTC b
cting them on the web at www.ftc.gov/idtheft, by phone at 1-877-IDTHEFT (1-877-438-4338), or by mail at Feder
e Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580. Your complair
be added to the FTC's Identity Theft Data Clearinghouse, where it will be accessible to law enforcement for thei
tigations. In addition, you may obtain information from the FTC about fraud alerts and security freezes.

s notice letter states that your bank account information was impacted, we recommend that you contact your financia
ation to inquire about steps to take to protect your account, including whether you should close your account or obtair
account number

This letter also provides other precautionary measures you can take to protect your personal information, including a Fraud Alert and/or Security Freeze on your credit files, and/or obtaining a free credit report. Additionally, you always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular on a regular basis.

## For More Information.

Please accept our apologies that this incident occurred. OLLU is committed to maintaining the privacy of per information in its possession and has taken many precautions to safeguard it. We continually evaluate and modify practices and internal controls to enhance the security and privacy of your personal information.

**If you have any further questions regarding this incident, please call our dedicated and confidential toll-free resp line that we have set up to respond to questions at 1-833-570-2976.** This response line is staffed with profession familiar with this incident and knowledgeable on what you can do to protect against misuse of your information. response line is available from 8:00 am to 8:00 pm Eastern time, Monday through Friday, excluding holidays.

Sincerely,

Our Lady of the Lake University