IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>OUR LADY OF THE LAKE UNIVERSITY,<br><br>Defendant. | Case No. 5:23-cv-00607-XR |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Jose Gonzalez ("Plaintiff") hereby voluntarily dismisses the above-captioned action in its entirety without prejudice.

Dated: June 13, 2023

Respectfully submitted,

/s/Jarrett L. Ellzey
Jarrett L. Ellzey
SBN: 24040864
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston TX 77006
Tel: (713) 322-6387
Fax: (888) 276-3455
jarrett@ellzeylaw.com

*Attorney for Plaintiff Jose Gonzalez*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 13, 2023, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically serve all counsel of record.

                                                  */s/Jarrett L. Ellzey*
                                                  Jarrett Ellzey